Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd, Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile )(916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT

# OF THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-01125-WBS-EFB** |
| Plaintiff; | ) **ORDER RE: REQUEST FOR DISMISSAL** |
| v. | ) **Dismissal of Defendant Trifish, LLC Without Prejudice** |
| Sunshine Natural Healing, LLC, et al, | ) Case to Remain Open with Remaining Defendants |
| Defendants. | ) |

IT IS SO ORDERED THAT Defendant, Trifish, LLC, is hereby dismissed from the above-entitled action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). This case is to remain open with remaining Defendants.

Date:     July 6, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE REQUEST FOR DISMISSAL

CIV: S-12-1125-WBS-EFB- 1