SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff;<br><br>     vs.<br><br>Sunshine Natural Healing, LLC, et al,<br><br>          Defendants | Case No. **2:12-cv-01125-WBS-EFB**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>**Dismissal of Defendants Sunshine Natural Healing, LLC; Hong Yang; Lijie Jing Without Prejudice** |

   IT IS HEREBY ORDERED THAT Defendants, Sunshine Natural Healing, LLC; Hong Yang; Lijie Jing, are hereby dismissed without prejudice.  This case is hereby closed in its entirety.

Date:    March 13, 2013

_[signature]_
Judge of the United States District Court

PROPOSED ORDER RE STIPULATION FOR DISMISSAL

CIV: S-11-01125-WBS-EFB- 1