SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff;<br><br>     vs.<br><br>Sunshine Natural Healing, LLC,<br>et al,<br><br>          Defendants | ) Case No.**2:12-cv-01125-WBS-EFB**<br>)<br>) **ORDER RE: STIPULATION FOR**<br>) **DISMISSAL**<br>)<br>) **Dismissal of Defendants**<br>) **Sunshine Natural Healing, LLC;**<br>) **Hong Yang; Lijie Jing Without**<br>) **Prejudice**<br>)<br>)<br>)<br>) |

     IT IS HEREBY ORDERED THAT Defendants, Sunshine Natural Healing, LLC; Hong Yang; Lijie Jing, are hereby dismissed without prejudice.  This case is hereby closed in its entirety.


Date:     March 13, 2013

_Illiam V. Shubb_
Judge of the United States District Court